UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED

10 OCT 19 AM 9:07

CLERK, U.S. DISTRICT C.
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID RENTERIA-GARCIA (1), <br><br> Defendant. | CASE NO. 09CR2297-L <br><br> **JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

XX   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of the Indictment/Information:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 18, 2010

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE